IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *MARA Z. UNDERWOOD, M.D.* | : | CIVIL ACTION |
| | : | |
| *v.* | : | |
| | : | |
| *THE PAUL REVERE INSURANCE* | : | |
| *GROUP and* | : | |
| *UNUM PROVIDENT CORPORATION and* | : | |
| *THE PENN MUTUAL LIFE* | : | |
| *INSURANCE COMPANY and* | : | |
| *CIGNA GROUP INSURANCE & LIFE* | : | |
| *INSURANCE COMPANY OF NORTH* | : | |
| *AMERICA* | : | NO. 02-CV-2714 |

## ENTRY OF APPEARANCE

*TO THE CLERK OF COURT:*

Kindly enter an appearance for Andrew F. Susko, Esquire and Colleen A. Galbraith, Esquire as counsel for Defendants, The Paul Revere Insurance Group and Unum Provident Corporation, in the above-captioned matter.

        Respectfully submitted,

        WHITE AND WILLIAMS LLP

BY: _____
      ANDREW F. SUSKO, ESQUIRE
      COLLEEN A. GALBRAITH, ESQUIRE
      Attorney I.D. Nos. 35664/76577
      WHITE AND WILLIAMS LLP
      1800 One Liberty Place
      Philadelphia, PA 19103-7368
      (215) 864-6228/7031

DATE: June 13, 2002