IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *MARA Z. UNDERWOOD, M.D.* | : | CIVIL ACTION |
| | : | |
| *v.* | : | |
| | : | |
| *THE PAUL REVERE INSURANCE* | : | |
| *GROUP and* | : | |
| *UNUM PROVIDENT CORPORATION and* | : | |
| *THE PENN MUTUAL LIFE* | : | |
| *INSURANCE COMPANY and* | : | |
| *CIGNA GROUP INSURANCE & LIFE* | : | |
| *INSURANCE COMPANY OF NORTH* | : | |
| *AMERICA* | : | NO. 02-CV-2714 |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter an appearance for Andrew F. Susko, Esquire as counsel for Defendants, The Paul Revere Insurance Group and Unum Provident Corporation, in the above-captioned matter.

Respectfully submitted,

WHITE AND WILLIAMS LLP

BY: _____
ANDREW F. SUSKO, ESQUIRE
Attorney I.D. No. 35664
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103-7368
(215) 864-6228

DATE: June 13, 2002