IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA Z. UNDERWOOD, M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-2714 |
| | : | |
| THE PAUL REVERE INSURANCE GROUP | : | |
| and its successor, agent or assign THE UNUM | : | |
| PROVIDENT CORPORATION and | : | |
| THE PENN MUTUAL LIFE INSURANCE | : | |
| COMPANY and | : | |
| CIGNA GROUP INSURANCE & LIFE | : | |
| INSURANCE COMPANY OF NORTH | : | |
| AMERICA | : | |

## CORPORATE DISCLOSURE STATEMENT

In compliance with this Court's July 9, 2002 Notice, this Corporate Disclosure Statement is filed on behalf of Defendants The Paul Revere Insurance Group and Unum Provident Corporation, who are improper parties. The insurance policy that forms the basis of this action as alleged in Plaintiff's Complaint was issued by The Paul Revere Life Insurance Company. Therefore, Paul Revere Life Insurance Company responds as follows:

1. The Paul Revere Life Insurance Company is a subsidiary of UnumProvident Corporation, which is a publicly owned corporation.

2. UnumProvident Corporation is the only publicly owned corporation associated with The Paul Revere Insurance Company. UnumProvident Corporation has never assumed liability for the claims maintained against The Paul Revere Insurance Company.

WHITE AND WILLIAMS LLP

By: _____
ANDREW F. SUSKO, ESQUIRE
COLLEEN A. GALBRAITH, ESQUIRE

*DATE: July 19, 2002*