## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARA Z. UNDERWOOD, M.D., | : CASE NO. 02-CV-2714 |
| Plaintiff | : |
| v. | : |
| THE PAUL REVERE INSURANCE GROUP, and its successor, agent or assign THE UNUM PROVIDENT CORPORATION, | : |
| and | : |
| THE PENN MUTUAL LIFE INSURANCE COMPANY, | : |
| and | : |
| CIGNA GROUP INSURANCE & LIFE INSURANCE COMPANY OF NORTH AMERICA, | : **CERTIFICATE OF SERVICE** |
| Defendants | : |

I, Kathryn R. Renahan, Esquire, certify this Motion for Extension of Discovery is timely filed, and a true copy of the attached was served upon opposing counsel of record, at their last known addresses, via Federal Express, as follows:

Stephen P. Pazan, Esquire  
Dilworth, Paxson, LLP  
LibertyView - Suite 700  
457 Haddonfield Road  
Cherry Hill, NJ  08034

Colleen Galbraith, Esquire  
White & Williams  
1800 One Liberty Place  
Philadelphia, PA  19103

Mark C. Stephenson, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA  19103


Date:   November 25, 2002

          KATHRYN R. RENAHAN, ESQUIRE
          CAROL SCHULER HARDING, ESQUIRE

          **EARP COHN P.C.**
          2 Penn Center Plaza, Suite 200
          Philadelphia, Pennsylvania 19102
          (215) 963-9520

          Attorneys for Defendant
          The Penn Mutual Life Insurance Company