IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA Z. UNDERWOOD, M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PAUL REVERE INSURANCE GROUP, and its sucessor, Agent or Assign the Unum Provident | : | NO. 02-2714 |

O R D E R

**AND NOW,** this         day of    December, 2002, it is Ordered that a **CONFERENCE** regarding requests for discovery and scheduling of a settlement conference will be held on **Monday, December 16, 2002** at **10:00 a.m..** Chambers will initiate the call.


ATTEST:                             or    BY THE COURT


BY:_____          _____
     Deputy Clerk                    Anita B. Brody, J.


Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Stephen P. Pazan, Esq. (via fax: 215-575-7200)
Andrew Susko, Esq. (via fax: 215-789-7528)
Colleen A. Galbraith, Esq. (via fax: 215-789-7531)