IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARA Z. UNDERWOOD, M.D.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE PAUL REVERE INSURANCE GROUP, ET. AL.** | : | NO. **2002-2714** |

### O R D E R

**AND NOW**, this **_____ day** of **December, 2002,** it is **Ordered** that the defendant Penn Mutual Life Insurance Company's motion, **docket entry #11**, for an extension of discovery is **GRANTED as stated on the record of December 16, 2002**.

ATTEST:                                  or     BY THE COURT

BY:_____              _____
       Deputy Clerk                              Judge

Civ 12 (9/83)

**Copies faxed on _____to:**          **Copies mailed on _____to:**

Case 2:02-cv-02714  Document 14  Filed 12/18/2002  Page 2 of 2