**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| MARA Z. UNDERWOOD | : | |
| | : | |
| | : | |
| | : | |
| v. | : | 02-CV-2714 |
| | : | |
| | : | |
| | : | |
| | : | |
| PAUL REVERE INSURANCE GROUP, et. al. | : | |
| | : | |

**ORDER**

       AND NOW, this      day of January 2003, I **ORDER** that the defendant Penn

Mutual Life Insurance Company's motion for an extension of discovery is **GRANTED** as stated

on the record of December 16, 2002. The discovery deadline is March 7, 2003. The parties will

not meet with Magistrate Judge Diane Welsh until after the March 7, 2003 discovery deadline.


                                       _____

                                       ANITA B. BRODY, J.


Copies **FAXED** on _____ to:       Copies **MAILED** on _____ to: