```
                    IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MARA Z. UNDERWOOD, M.D.           :        CIVIL ACTION
                                  :
         v.                       :
                                  :
THE PAUL REVERE LIFE INSURANCE    :        NO. 02-2714
COMPANY, et al.

## O R D E R

AND NOW, this    day of   February, 2003, it is Ordered that a **TELEPHONE CONFERENCE** regarding discovery issues will be held on **Wednesday, February 19, 2003** at **3:00 p.m.**.  Chambers will initiate the call.


ATTEST:                           or     BY THE COURT


BY:_____            _____
     Deputy Clerk                      Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Stephen P. Pazan, Esq. (via fax: 1-856-663-8855)
Andrew F. Susko, Esq. (via fax: 215-789-7531)
Colleen A. Galbraith, Esq. (via fax: 215-789-7531)
Kathryn R. Renanhan, Esq. (via fax: 1-856-854-6434)
Mark C. Stephenson, Esq. (via fax: 215-701-2176)