**EARP COHN P.C.**
1725 Spruce Street
Philadelphia, Pennsylvania 19103-6149
(215) 963-9520

Attorneys for Defendant, CIGNA Group Insurance &
Life Insurance Company of North America

**BY:   MARK C. STEPHENSON (PA20625)**
        **THOMAS UNDERWOOD, JR. (PA81244)**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARA Z. UNDERWOOD, M.D., | |
| Plaintiff, | |
| vs. | CASE NO. 02-CV-2714 |
| THE PAUL REVERE INSURANCE GROUP, and its successor, agent or assign THE UNUM PROVIDENT CORPORATION, | |
| and | |
| THE PENN MUTUAL LIFE INSURANCE COMPANY, | |
| and | |
| CIGNA GROUP INSURANCE & LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

## WITHDRAWAL OF APPEARANCE

Please withdrawal my appearance and also the appearance of Cozen O'Connor as counsel of record for CIGNA Group Insurance & Life Insurance Company of North America in the above-captioned matter.

Dated:  February 19, 2003

_____
Mark C. Stephenson, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

## ENTRY OF APPEARANCE

_____Please enter the appearance of Mark C. Stephenson, Esquire and Thomas Underwood, Jr., Esquire as counsel of record for CIGNA Group Insurance & Life Insurance Company of North America in the above-captioned matter.

Dated:  February 19, 2003

_____
Mark C. Stephenson, Esquire
Thomas Underwood, Jr., Esquire
EARP COHN P.C.
1725 Spruce Street
Philadelphia, PA 19103-6149
(215) 963-9520