IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARA Z. UNDERWOOD, M.D.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THE PAUL REVERE LIFE INSURANCE COMPANY, ET. AL.** | : | NO. **2002-2714** |

### O R D E R

**AND NOW**, this **21st day** of **February, 2003**, it is **Ordered** that a telephone conference in the above entitled case is scheduled for **Friday, March 7, 2003 at 4:30 p.m.** Plaintiff's counsel Mr. Stephen P. Pazan shall initiate the call.

ATTEST:                                  or        BY THE COURT

BY:_____                         _____
      Deputy Clerk                                         Judge

Civ 12 (9/83)

**Copies faxed on** 02-21-2003 **to:**                **Copies mailed on** _____ **to:**
**Stephen P. Pazan, Esq.**
**Andrew F. Susko, Esq.**
**Colleen A. Galbraith, Esq.**
**Kathryn R. Renahan, Esq.**
**Mark C. Stephenson, Esq.**