IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARA Z. UNDERWOOD, M.D.           :        CIVIL ACTION
                                  :
         vs.                      :
                                  :        NO. 02-2714
THE PAUL REVERE LIFE INSURANCE
COMPANY, et al.

<u>O R D E R</u>

**AND NOW, TO WIT:** This        day of   May, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                                           **MICHAEL E. KUNZ**, Clerk of Court


                                           **BY:**_____
                                                    Marie O'Donnell
                                                    Deputy Clerk


Civ 2 (8/2000)
41(b).frm